UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD ALVIN PURDIE, | ) | CASE NO. ED CV 15-2415-CJC (PJW) |
| Petitioner, | ) ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) ) | AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND |
| RAYMOND MADDEN, WARDEN, | ) ) | DENYING CERTIFICATE OF APPEALABILITY |
| Respondent. | ) ) | |

   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the Report and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

   Further, for the reasons stated in the Final Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and therefore, a certificate of appealability is denied. *See* 28 U.S.C.

§ 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED:   <u>December 29, 2016</u>.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE