# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALVIN PURDIE, | CASE NO. ED CV 15-2415-CJC (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| RAYMOND MADDEN, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 29, 2016.

```
                              CORMAC J. CARNEY
                              UNITED STATES DISTRICT JUDGE
```